# United States District Court
## for the
Middle District of North Carolina

_____ Division

Case No. 1:24CV764
*(to be filled in by the Clerk's Office)*

FILED SEP 13 2024

Antonio Medrano Ortiz

Plaintiff(s)

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Tamika Smith, Charlie T. Locklear, William L. Bullard, Sgt. Bernie, Kerri A. Cable, Officer Barkley, Sgt. Jacobs, Sgt. Adams.

Defendant(s)

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Antonio Medrano Ortiz
- All other names by which you have been known: N/A
- ID Number: 0704566
- Current Institution: Scotland Correctional Institution
- Address: 22385 McGirts Bridge Rd.
  Laurinburg, N.C. 28353
  *City* / *State* / *Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**
- Name: Tamika Smith
- Job or Title *(if known)*: Correctional Unit-Manager
- Shield Number: N/A
- Employer: N.C. department Adult Correction
- Address: 22385 McGirts Bridge Rd.
  Laurinburg, N.C. 28353
  *City* / *State* / *Zip Code*
- [✓] Individual capacity  [✓] Official capacity

**Defendant No. 2**
- Name: Charlie T. Locklear
- Job or Title *(if known)*: Assistant Superintendant For program
- Shield Number: N/A
- Employer: N.C. department Adult Correction
- Address: 22385 McGirts Bridge Rd.
  Laurinburg, N.C. 28353
  *City* / *State* / *Zip Code*
- [✓] Individual capacity  [✓] Official capacity

Defendant No. 3
Name: William L. Bullard
Job or Title (if known): Assistant Superintendent Custody III
Shield Number: N/A
Employer: N.C. department Adult Correction
Address: 22385 McGirts Bridge Rd.
Laurinburg, N.C. 28353
☑ Individual capacity ☑ Official capacity

Defendant No. 4
Name: Sgt. Bernie
Job or Title (if known): Correctional Sergeant
Shield Number: N/A
Employer: N.C. department Adult Correction
Address: 22385 McGirts Bridge Rd.
Laurinburg, N.C. 28353
☑ Individual capacity ☑ Official capacity    see Attached Sheets →

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Eight Amendment U.S. Constitution And Article I, section 27 of North Carolina Constitution as well as Americans with Disabilities Act 42 U.S.C. § 12131.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

I B. Attached sheets   page #1

Defendant No 5
 Name: Kerri A. Cable
 Job or title: Registered Nurse
 Shield Number: N/A
 Employer: N.C. department Adult Correction
 Address: 22385 McGirts Bridge Rd.
          Laurinburg, N.C. 28353

☒ Individual capacity  ☒ official capacity

Defendant No. 6
 Name: Officer Barkley
 Job or title: Correctional Officer
 Shield Number: N/A
 Employer: N.C. department Adult Correction
 Address: 22385 McGirts Bridge Rd.
          Laurinburg, N.C. 28353

☒ Individual capacity  ☒ official capacity

Continue next page →

I B. Attached sheets page #2

Defendant No. 7
Name: Sgt. Jacobs
Job or title: Correctional Sergeant
Shield Number: N/A
employer: N.C. department Adult Correction
Address: 22385 McGirts Bridge Rd.
Laurinburg, N.C. 28353
☒ Individual Capacity ☒ Official Capacity

Defendant No 8
Name: Sgt. Adams
Job or title: Correctional Sergeant
Shield Number: N/A
employer: N.C. department Adult Correction
Address: 22385 McGirts Bridge Rd.
Laurinburg, N.C. 28353
☒ Individual Capacity ☒ Official Capacity.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See Attached Sheets II D. →

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [x] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

N/A

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

Scotland Correctional Institution November 26, 2023; March 7, 2024; April 24, 2024.

II D. Attached sheets Basis for jurisdiction / page 1.

"Unit Manager" TAMEKA Smith, Charlie T. Locklear, William L. Bullard, Sgt. Bernie, Nurse Kerri Cable, Officer Barkley, Sgt. Jacobs, and Sgt. Adams were all working within the scope of their employment when the constitutional violation occurred.

1. TAMEKA Smith is the "Unit manager" for TAN-1 Unit, and responsible or in charge of revise all Grievances filed by Inmates housed in TAN-1 Unit.

2. Charlie T. Locklear is one of the Assistant Superintendent at Scotland C.I. He Answered Step two of my Grievance No.: 4860-2023-T1A-23697 of this Complaint.

3. William L. Bullard is Assistant Superintendent for custody/Operation III.

4. Sgt. Bernie is the Admitting Officer at "Restrictive Housing" denied me, for the second time, the use of my C-pap machine, and resposible for the infection I sustained in my right eye.

II D. Attached Sheets Basis for jurisdiction - page 2.

5. Nurse Kerri Cable is one of the first shift nurses at Scotland C.I.

6. Officer Barkley is the custody officer in charge of the Dialysis Unit here at Scotland C.I.

7. Sgt. Jacobs is one of first shift sergeants at TAN 1 Unit here at Scotland C.I.

8. Sgt. Cynthia Adams is one of night shift sergeants at TAN 1 Unit here at Scotland.

* * *

C. What date and approximate time did the events giving rise to your claim(s) occur?

November 26, 2023; November 27, 2023; March 7, 2024; April 24, 2024. Approx. 4:00 a.m., 10:00 a.m., 4:00 p.m., 7:00 a.m respectively

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

Please see Attached sheets IV D. Exhibit-A

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Please see Attached Pictures And medical records Exhibit-B

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

8th Amendment Violation: Compensatory Damages in the following Amounts: 500,000 Dollars for each, and severally, and separately Against All Defendant Named in this Action including Defendant "Unit manager" TAMEKA Smith, Assistant superintendent for program" Charlie T. Locklear,

See VI. Relief Attached Sheets →

VI Relief. Attached sheets # 1

"Assistant superintendant for Custody" William L. Bullard, Sgt. Bernie, "Nurse Kerri A. Cable, Officer Barkley, Sgt. Jacobs, and Sgt. Adams. For 8th Amendment Violation.

Punitive Damage in the following Amounts 500,000 Five-hundred Thousand Dollars against each, and severally and separelly against All Defendant Named in this Action including Defendant "Unit Manager" Tameka Smith, "Assistant Superintendant for program" Charlie T. Locklear, "Assistant Superintendant For Custody" William L. Bullard, Sgt. Bernie, Officer Barkley, Sgt. Jacobs, and Sgt. Adams for being Deliberately indifferent to plaintiff's medical, physical as well as mental and emotional Damages Resulting in the Disfigurement to my right eye And permanent Disability.

Declaratory Relief in that the Court state that All Identified and not [Identified yet] Defendants Violated or indirectly participated, or Allowed the rights of plaintiff to be violated And that

VI Relief - Attached sheets #2

Plaintiffs Constitutional Rights were violated by one or more Defendant parties.

<u>Injunctive Relief</u> in that the Court Order the immediate Transfer of plaintiff to a Non-Smoking Facility (Prison), install Cameras in the Dialysis Unit here at Scotland Correctional and provide plaintiff with Accommodation as required by the Americans with Disabilities Act (ADA). Also issue an order Directing The ADA Coordinator here at Scotland Correctional inst. And DAC to provide plaintiff with Needed ADA equipments (over-the-head headphones).

\* \* \*

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Scotland Correctional Institution, Laurinburg N.C.

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)? Deliberate indifference; Use of force; Americans with disabilities Act. (ADA)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At Scotland Correctional Institution Laurinburg N.C.

2. What did you claim in your grievance? Deliberate Indifference to My Serious Medical Needs; Use of Force; ADA Violation.

3. What was the result, if any? Grievances exhausted, result not favorable.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed all three steps of the grievances with final response being dismissed see Grievances Exhibit - D

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

At Scotland Correctional Institution Laurinburg N.C.

2. What did you claim in your grievance? Deliberate Indifference to My Serious Medical Needs; Use of Force; ADA Violation.

3. What was the result, if any? Grievances exhausted, result not favorable.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I appealed all three steps of the grievances with final response being dismissed see Grievances Exhibit - D

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes
☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _N/A_
   Defendant(s) _N/A_

2. Court *(if federal court, name the district; if state court, name the county and State)*
   _N/A_

3. Docket or index number
   _N/A_

4. Name of Judge assigned to your case
   _N/A_

5. Approximate date of filing lawsuit
   _N/A_

6. Is the case still pending? _N/A_

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition. _N/A_

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* _N/A_

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

There is two (2) additional pages

1. Parties to the previous lawsuit
   Plaintiff(s) Antonio Ortiz
   Defendant(s) George T. Solomon et al

2. Court *(if federal court, name the district; if state court, name the county and State)*
   The United States District Court For the Eastern District of North Carolina Western Division

3. Docket or index number
   5:15-CT-03251-FL

4. Name of Judge assigned to your case
   Louise W. Flanagan

5. Approximate date of filing lawsuit
   September 28, 2015.

6. Is the case still pending?
   ☐ Yes
   ☑ No

   If no, give the approximate date of disposition March 28, 2018.

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)* Case dismissed, And → Case Appealed