VIII D. previous Lawsuits    page #1.

Lawsuit # 2.

Parties to the previous Lawsuit
   Plaintiff(s) Antonio Ortiz
   Defendant(s) North Carolina department of
                Adult Correction

Court:
North Carolina Industrial Commission

Docket or index Number:
I.C. File No.: TA-30537

Name of judge:
TAMIKA L. Jenkins
Special Deputy Commissioner

Approximate date of filing:
October 27, 2022.

Approximate date of disposition:
still pending

VIII D. previos Lawsuit page #2

Lawsuit # 3

Parties to the previous Lawsuit
   Plaintiff(s) <u>Antonio Ortiz</u>
   Defendant(s) <u>Shateema Pinckney et al</u>

Court:
United States District Court
for the Middle District of North Carolina

Docket or index Number
<u>1:24cv262</u>

Name of judge:
Loretha C. Biggs.
United States District judge.

Approximate date of filing
On or about March, 2024.

Approximate date of disposition
May 15, 2024, Still appeal pending

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9/09/24

Signature of Plaintiff: *Ant M. Ortiz*
Printed Name of Plaintiff: Antonio Medrano Ortiz
Prison Identification #: 0704566
Prison Address: 22385 McGirts Bridge Rd.
Laurinburg, N.C. 28353

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

Telephone Number
E-mail Address