## Exhibits

Exhibit - A - page 1 through 17 (IV D. Statement of Facts)

Exhibit - B - From section (V. Injuries Pictures and Medical records).

Exhibit - C - Sick Call Requests

Exhibit - D - Grievances And Grievances Responses

# EXHIBIT A

From section IV D. Statement of Facts

IV D.

Attached Sheets
Statement of Facts

Introduction

I am Antonio Medrano Ortiz, the plaintiff. Over the past 24 year my constitution rights have been violated so many times in so many ways it make no sense. I am a 54 year old Dialysis patient incarcerated within the north Carolina prisons system. I have extremely high blood pressure, high cholesterol, and c-pap machine recipient. I am a non-smoker, drugs user, or affiliated to any street gang: On or about April 4, 2023, I was transferred from Central Prison's Medical Unit in Raleigh, N.C. to Scotland Correctional in Laurinburg, N.C., a prison riddled with gang violence, supposedly to continue my Dialysis treatment. However, I being subjected to cruel and unusual punishment:

1. On or about November 10, 2023, I filed a DC-410 grievance form complaining about the hezardous environment I had been placed in, housed in a very small area compressed with 83 other Inmates smoking drugs, and Tabacco product.

2. I also stated in the grievance that I am ADA approved and would like to be accommodated by moving me to an area where I do not have to inhale so much second hand Tabacco smoke.

3. The grievance, which number is 23648 was rejected on 11/14/2024.

I file a second grievance on the same issue, it was accepted and given the number 4860-2023-TIA-23697 (The pink copy of this grievance not included because I never received it, but it should be in the DAC record).

Incident November 26, 2023

4. On November 26, 2023, at Approximately 4:00 a.m. while I was asleep I was attacked by another inmate. The Inmate got over me and begin beating me up, I manage to push the Inmate off me and quickly got on my feet, I run for the dormitory's front door, but not before my right eye almost got ripped off.

5. At the door I encounter Sgt. Cynthia Adams I told Sgt. Adams I was Hit. I was escorted by female officer Taylor to the prison infirmary, blood was droping all over the Corridor in the way to the infirmary.

6. At the infirmary I was given some treatment by the prison Medical staff and was then, after pictures were taken of the right eye injury, transported to Scotland Memorial Hospital 15 minutes from the prison.

7. The Scotland memorial Hospital has no staff or the

Equipment to treat my eye injury. They have to call UNC Hospital in Chapel Hill, North Carolina to be instructed of what to do.

8. The Staff in Scotland memorial Hospital was told "to cut the outer corner of my right eye to release the pressure of the blood accumulated behind the eye," because the blood was pushing the eye out.

9. But cut the outer Corner of my right eye was all the medical Staff at Scotland Hospital Could do. Arrangements were made for me to go to UNC Hospital in Chapel North Carolina, a trip of about 2 hours from Scotland.

10. At 9:00 a.m. Sunday November 26, 2023, escorted by Male and female officers. I was transported to UNC Hospital in Chapel Hill, North Carolina by Ambulance.

11. At 11:00 a.m. A team of eye Doctors were already waiting at the emergency Area and I was taken to the eye room.

12. For the next six hours I was treated with pain

medicine after pain medicine. Pictures after pictures of the injury were taken, and different specialists came and go.

13. At 5:00 p.m. the Doctors told me that surgery must be done, but that they would do it the next day which was Monday November 27, 2023. However, one of the escorting officer, the female, told the Doctors that they cannot let me know the date of the surgery, that it is against prison policy.

14. I was returned to the prison from the outside hospital on November 26, 2023, At 7:30 p.m. upon returning from the outside hospital to the prison I was received by Sgt. Hunt. More pictures was taken to the eye injury

15. After the pictures, Sgt. Hunt walk me to "Restrictive housing"

Sgt. Bernie

16. The Admitting officer at "restrictive Housing", Sgt. Bernie placed me in room LA-40. which have no outlet to plug in my C-pap machine. This is the second time

Sgt. Bernie place me in room without outlet, the first time was July 31, 2023. Now Sgt. Bernie already have been briefing about housing C-pap patients in room without outlet.

17. I also had an open wound in my right eye and could be infected. I asked for cleaning supplies to clean and disinfected the room.

18. Sgt. Bernie never moved me out to another room with outlet where I can plug in the c-pap machine or provided with cleaning supplies to clean up the room

19. In essence, not long after being in room LA-40 I begin having fever, chills, and diarrhea and other symptom consistent with infection.

Nurse Karri Cable:

20. On Monday November 27, 2023, At 7:00 a.m. I went to my Dialysis treatment, which consist of three and a half (3½) hours Monday, Wednesdays and on fridays.

21. The pain in my right eye was severe, so severe and unbearable that it kept triggering off the alarm in the Dialysis machine. There is no pain medicine provided in the Dialysis clinic, I had to claim a medical emergency to be taken to the infirmary.

22. Claiming medical emergency means I had to cut short my Dialysis treatment, and cut my Dialysis treatment 1½ hours short.

23. Sgt. McGill and officer Brighton from "Restrictive housing" came and wheelchair me out of the Dialysis clinic to the infirmary.

24. At the infirmary an African lady, one of the prison's medical provider and her nurse assistant assessed my right eye. The provider order her assistant to give me some extra-strenght Tylenol and the assistant went to get the Tylenol for me.

25. The provider left to check on some other patients and this is when Nurse Kerri Cable saw Sgt. McGill and myself awaiting.

26. Nurse Kerri Cable came and ask Sgt. McGill what was going on. Sgt. McGill explain to nurse Kerri cable, that he was called to the Dialysis Unit because I was claiming medical emergency, but that I was already being seen by one of the Doctor and that we were waiting for the medication to be brought.

27. Then Nurse Kerri Cable turn her Attention to me and ask about what was my medical emergency. I wanted to tell her that I was being seen already, but then I tried to answer her question in my halting English the best I could telling her about the incident the day Before, about being first taken to Scotland Hospital, that because they could not treat my eye injury at Scotland Hospital I was transported to UNC Hospital in Chapel Hill N.C. That I was supposedly have surgery that day November 27, 2023, that because the pain in my right eye was so severe I could not finish my 3½ hours Dialysis treatment and that I had to claim medical emergency.

28. Nurse Kerri cable tried to say that the pain in my right eye injury was no reason for medical emergency. See pictures and medical records Attached herein.

29. Nurse kerri Cable then told Sgt. McGill to take me back. At very moment the provider's assistant, the one went to Getch the Tylenol coming back with a small clear cup in her hands, four pills in the cup she try to hand me.

30. Nurse kerri Cable snatching the cup from the assistant provider's hands saying "What is this?" the provider's assistant tried to explain nurse kerri Cable that the Doctor ordered them for my pain.

31. Again Nurse Kerri Cable say "he is not supposed to have 4 pills," and dump 3 of the 4 pills into the trash can, then offer me the one single pill left in the cup.

32. I tried explain Nurse Kerri cable that the provider had ordered those pills for the pain I was having in my right eye, Nurse Kerri Cable adamantly kept her head shaking back and forth telling me "No"

33. the provider still in the room and I tried get her attention waving my hands. At that point Nurse cable told Sgt. McGill "Get him out of here!" quickly officer Brighton wheel-chair me out of the infirmary into the corridor and back to "Restrictive Housing"

34. Friday December 1, 2023, I was let out of restrictive Housing after five days. And On Saturday December 2, 2023, at about 9:00 a.m. I claim another medical emergency, the pain in my right eye still hammering, I was taken to the infirmary.

35. The nurse observe a yellow substance coming out of my barely open eye with bruising and swelling. I hardly could see I was schedule to see the provider.

36. On Tuesday December 5, 2023, at 8:00 a.m. I claim another Medical emergency and was seen by Nurse Louie Oxidene, Nurse Oxidene say that I will see the provider On that day.

37. On or about 12:30 p.m. Tuesday December 5, 2023, I was seen by the provider, Doctor Carmen Hendricks. DR. Hendricks also observe a yellow substance coming out of my eye, DR. Hendricks also note my body temperature was almost 100 degree, Immediately the provider arrange for me to go to UNC Or Duke Hospital's emergency room

38. Instead of being taken to the emergency room I was taken to Carolina eye, A Doctor office in Moore county.

39. It was 2:00 p.m. Tuesday December 5, 2023 the Technician in the Doctor office conduct a cursory exam and then wondered what I was doing in that office, that I should be in an emergency room.

40. The Technician suggest that I needed to be taken to the emergency room of Duke or UNC Hospital. They did not, the officers escorting me do not want to drive the two hours ride to UNC or Duke. they take me to Moore Regional instead.

41. It was 3:00 p.m. when I was check in Moore Regional, we wait and we wait. At 8:00 p.m. After 5 hours I was seen by DR. Kenneth M. Johnson see provider Note Emergency department Moore Regional attached herein.

42. DR. Johnson prescribed Antibiotic for the infection in my right eye, and some pain medicine, I was kept overnight.

43. The Next day, Wednesday December 6, 2023, at 11:00 a.m. I was transported to Duke Hospital by Ambulance, a trip of about 2 hours from Moore County.

44. At Duke I was seen by a team of eye Doctors, pictures after pictures were taken of the injury. At 6:00 p.m. I was discharge from the eye department, One of the eye Doctors say that in order for them to take any action (surgery) the Wound first Need to heal. But because I was supposed to have Dialysis that day I was sent to the Dialysis department at Duke for treatment.

45. At 10:30 p.m. Wednesday December 6, 2023, I was done with my Dialysis treatment. I was exhausted, starving, and very painful I thought I was going to be taken back to the prison but instead I was put in a stretcher way smaller than myself and parked in a corridor parking space marked "Stretcher "H."

46. I was parked in Stretcher "H" for like 2 hours before being moved to Stretcher "P," another stretcher parking space in the corridor.

47. At stretcher "P" with shackles in my legs, and left Arm, exhausted from my Dialysis treatment, very hungry and painful. I felt as though a handful of sand had been thrown into my eye purposely, very uncomfortable. It was passed 2:00 a.m. Thursday December 7, 2023, the last

time I had something of eat was Tuesday at lunch almost 48 hours ago.

48. I Needed someone to come and look into my eye, give me something to cope with the pain, give some eyedrops to relieve a little the discomfort in my eye, or at least something of eat, for God's sake this is a Hospital!

49. Every time I ask the custodian officers, Please get someone, the Doctor, or nurse the officers always said "They come," but no one ever came. At one point officer "Steward" of TAN 1 Unit, state "There is nothing in your eye but you eye ball."

50. Anyway, after complaint after complaint of not having had medical attention, I was there all day and all night shackles to my legs and Arm without eating or even eyedrops, I was released from the hospital and returned to the prison.

51. At 5:00 a.m. Thursday December 7, 2023, I got to the prison, after the escorting officers left me, I walked to my housing unit. It has been long two days all I wanted at this moment was try to eat something and

take a long hot shower, but instead I sit and prepare a grievance On the incident November 26, 2023.

52. After the incident November 26, 2023, returning From the outside hospital I was assigned to T1B-16 the same bunking location I was assaulted the First time, Watch what happen next.

Incident March 7, 2024:

53. On Friday February 23, 2024, At approx. 10:00 a.m I ask Sgt. Jacobs about being Moved From bunking location T1B-16 to another location because that where I got assaulted First place, Second I do not Need inhale so much Tabacco and drugs smoke, Third I am c-pap machine recipient Tabacco Smoke can worsen my health, and Fourth I am ADA Approved Need to be Accommodated as Policy, Sgt. Jacobs ignored My request.

54. On Monday February 26, 2024, during the morning hours of Approx. 10:00 a.m. again I ask Sgt. Jacobs about Moving From bunking area T1B-16 because the exposure to tabacco smoke and drugs. I also explain Sgt. Jacobs I had issues with bunk-

Mate, Keven Osbourne # 0797431, Which is a heavy Tabacco and drugs User. Always Want to take it on others every time he does not have something to smoke. I told Sgt. Jacobs also about my ADA status. Again Sgt. Jacobs ignored my my request saying "You made you own bed now lie in it" As though telling me. "You in prison"

55. Two days later, about Wednesday February 28, 2024, I made the Same request to night shift Sergeant Cynthia Adams, That I Needed to be moved out of bunking Location T1 B-16 due to the smoking and drugs going on in that area, to a more healthy and safer location. Sgt. Adams also already knew me being c-pap recipient and ADA approved individual, Sgt. Adams and myself had This same conversation more than once before, she state "I don't move nobody"

56. As a result of Not being moved from location T1 B-16, On march 7, 2024, At approx. 4:00 p.m. Returning from evening chow. My Locker, where I keep my personal property, Was forced open. When I inquire about my Stolen property this Inmate, keven Osbourne attack me, I defend Myself as best I could, then run to the front door when I got the Chance, I was attacked with a hard objected.

57. I was given some treatment by prison medical staff

and was then transferred by helicopter to a trauma Hospital in South Carolina. I was taken to the emergency room there I underwent operation. I was kept overnight and because I was scheduled for Dialysis Friday March 8, 2024, I was returned to the prison, the Hospital does not have Dialysis unit.

58. On March 16, 2024, when I felt better, I prepare Grievance No.: 4860-2024-T1B-00643 on the incident march 7, 2024. That Grievance and response are attached herein see Grievances.

Incident April 24, 2024:

59. On April 24, 2024, at 7:00 a.m. Going to my Dialysis treatment escorted by Officer FNU Barkley. "Dialysis Technician" Tasha at the door assessing only her patients.[1] Tasha is not my Technician, my Technician, Bryant was already in machine station # 14 waiting for me to start the treatment. I walk in to machine

[1] Here at Scotland, every "Dialysis Technician" has at least 4 patients assigned.

Station #14. Officer Barkley holler "hold on, hold on" I Stop and say that she is only assessing her patients " My Technician is Waiting for me.

60. Officer Barkley then walk up to me in a threatening manner pointing his right index finger to my forehead Saying "let me tell you something, let me tell you Some-thing" While pushing me around with his protuberant belly.

61. At one point he push me so hard I fall to the ground, When I tried to get back on my feet my face touching Officer Barkley's Man Organs he keep pushing with that part of his body in my face.

62. I look around to see whether there is any Camara recording the incident, I could see none. I prepared a Grievance. In the Grievance I ask for camaras to be installed in the Dialysis Unit here at Scotland Correctional so incident as this one being recorded.

63. I ask for Witnesses statements to be gathered pursuant to Policy .1506(a), There was no Witnesses statement completed, no investigation of the

incident Conducted. Officer Barkley Not even Filed an incident report according to Policy .1506 (a). Officer Barkley Wrote statement after I Filed the Grievance about a Week later, Which is Not according to policy. The "investigating officer" was TAMEKA Smith.

64. I exhausted the grievance process against Officer Barkley Without obtaining any relief. see grievance section attached herein. Exhibit - D

65. In Addition to the Foregoing I submitted sick calls (medical requests) regarding my right eye and the pain I was having on December 18, 2023; December 25, 2023; and on January 2, 2024. see sick calls Attached herein. Exhibit - C

66. On or about 12/12/2023 I Was taken to Scotland Memorial Hospital. There the Doctor prescribe medication for my eye pain. The Prison medical Staff Never gave it to me. I have included the Doctor's order for the medication. see medical record attached herein.

67. This complaint is not filed Frivolous, or Maliciously, Seeking Monetary relief From immune defendants. I made this statement of facts supported by recorded evidences.